| People v Dixon | App Div, 2d Dept: 2016 NY Slip Op 74294(U) (Kings) | dismissed 8/25/16 (Stein, J.) |
|---|---|---|
| People v Dobbs | 3d Dept: 138 AD3d 1352 (Albany) | denied 8/24/16 (DiFiore, Ch. J.) |
| People v Drake | 4th Dept: 138 AD3d 1396 (Livingston) | denied 8/10/16 (Rivera, J.) (Appeal No. 1) |
| People v Dudden | 4th Dept: 138 AD3d 1452 (Onondaga) | denied 8/17/16 (Garcia, J.) |
| People v Dwight | 1st Dept: 140 AD3d 466 (NY) | denied 8/24/16 (Pigott, J.) |
| People v Ellison | 2d Dept: 138 AD3d 1137 (Queens) | denied 8/3/16 (Stein, J.) |
| People v Ero | 3d Dept: 139 AD3d 1248 (Clinton) | denied 8/10/16 (Rivera, J.) |
| People v Fana | 1st Dept: 140 AD3d 534 (NY) | denied 8/24/16 (Pigott, J.) |
| People v Farnham | 3d Dept: 136 AD3d 1215 (Albany) | denied 8/24/16 (Pigott, J.) |
| People v Farquharson | 1st Dept: 139 AD3d 467 (Bronx) | denied 8/16/16 (Garcia, J.) |
| People v Ferguson | 1st Dept: 137 AD3d 641 (Bronx) | denied 8/1/16 (Rivera, J.) |
| People v Forde | 2d Dept: 140 AD3d 1085 (Queens) | denied 8/23/16 (Stein, J.) |
| People v Forget | 3d Dept: 136 AD3d 1115 (Franklin) | denied 8/15/16 (Fahey, J.) |
| People v Fournier | 3d Dept: 137 AD3d 1318 (Cortland) | denied 8/1/16 (Rivera, J.) |
| People v Fox | 2d Dept: 139 AD3d 871 (Nassau) | denied 8/10/16 (Rivera, J.) |
| People v Franklin | 4th Dept: 141 AD3d 1103 (Monroe) | denied 8/31/16 (DiFiore, Ch. J.) |
| People v Franks | 2d Dept: 137 AD3d 936 (Richmond) | denied 8/1/16 (Rivera, J.) |
| People v Frazier | 2d Dept: 140 AD3d 977 (Queens) | denied 8/25/16 (Fahey, J.) |
| People v Galunas | App Div, 3d Dept: 2016 NY Slip Op 74121(U) (Ulster) | denied 8/16/16 (Garcia, J.) |
| People v Garcia (Angel) | 3d Dept: 141 AD3d 861 (Albany) | denied 8/25/16 (Abdus-Salaam, J.) |
| People v Garcia (Frank) | 2d Dept: 139 AD3d 1090 (Dutchess) | denied 8/30/16 (Stein, J.) |
| People v Garcia-Cruz | 4th Dept: 138 AD3d 1414 (Onondaga) | denied 8/10/16 (Rivera, J.) |
| People v Gasparro | 3d Dept: 139 AD3d 1247 (Ulster) | denied 8/17/16 (Pigott, J.) |
| People v Gaston | 1st Dept: 135 AD3d 575 (NY) | denied 8/15/16 (Rivera, J.) |